# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY ANN COLVIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 5:18-cv-00982-FMO (MAA)<br><br>**JUDGMENT** |

　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

　　IT IS HEREBY ADJUDGED that the final decision of the Commissioner of Social Security is affirmed and that this action is dismissed with prejudice.

DATED: August 12, 2019

　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE